Inge Brauer
Attorney at Law
Bar No.: 68701
2240 F Street
San Diego, California 92102

Tel: (619) 238-1031
Fax: (619) 238-0930

Attorney for Defendant **SAMUEL GOMEZ-JAIMES**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No:07CR0741-WQH |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| v. | ) | **WIRETAP MOTION HEARING** |
| | ) | |
| SAMUEL GOMEZ-JAIMES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY REQUESTED by the parties in the case, United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, John Parmley, Assistant United States Attorney, the defendant SAMUEL GOMEZ-JAIMES, by and through his counsel, Inge Brauer, that the wiretap motion hearing in the above-entitled case scheduled for Monday, October 15, 2012 at 2:00 p.m., be continued to Monday, November 19, 2012 at 2:00 p.m.

The continuance is requested because it is taking longer for defense counsel to prepare the motion than she had anticipated. In addition, the government and defense are still exploring disposition.

The undersigned Attorney for Defendant called the court's courtroom deputy to obtain the new hearing date and that date is agreeable to all parties. A proposed order with respect to this joint motion is being submitted directly to the court via efile_hayes@casd.uscourts.gov.

//

1 | Dated: September 25, 2012

*/s/ Inge Brauer*
Inge Brauer
Attorney for Defendant
SAMUEL GOMEZ-JAIMES

*/s/ John Parmley*
John Parmley
Assistant U.S. Attorney